**Brief Stricken and Order filed October 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00206-CV
_____

**LOLITA TOLIVER, Appellant**

**V.**

**556 LINDA VISTA, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1117243**

## ORDER

On September 25, 2019, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails to comply with subsections a, b, c, d, e, g, h, i, j, and k of Texas Rule of Appellate Procedure 38.1.

Accordingly, we order appellant's brief filed September 25, 2019 stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure on or before **November 12, 2019**. If appellant files another brief that does

not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a).

If appellant fails to timely file a brief in accordance with Rule 38, the appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant

(Justice Christopher dissents and would not strike the brief.)